O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ALICIA-MEJIA, | Case No. CV 09-05708 DDP (SSx) |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION** |
| v. | |
| OCWEN FINANCIAL CORPORATION; OCWEN LOAN SERVICING, LLC, | |
| Defendants. | |

The Court orders Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC, to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. Plaintiff filed suit in California Superior Court raising purely state law claims. Defendants removed to this Court, asserting diversity jurisdiction.

A notice of removal must be filed "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading . . . ." 28 U.S.C. § 1446(b). Defendants filed a notice of removal on August 4, 2009. Defendants assert the removal notice is timely because Plaintiff's attempt to effectuate service of process on May 19, 2009, "failed to comply

with controlling authority." (Notice of Removal ¶ 2.)

The Court is not convinced that Defendants' notice of removal is timely. The Court orders the parties to file cross-briefs, not to exceed five pages, within 20 days of the date of this Order, to show cause why this action should not be remanded to state court due to untimely filing of the removal notice. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.

IT IS SO ORDERED.

Dated: September 1, 2009

DEAN D. PREGERSON
United States District Judge